THOMAS H. STORY, as Executor, etc., Appellant, *v.* THE UNITED LIFE AND ACCIDENT INSURANCE ASSOCIATION, Respondent.

(Submitted January 28, 1891; decided February 24, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 21, 1889, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Circuit.

*Jerry A. Wernberg* for appellant.

*Harry Wilber* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

JAMES FITZGERALD, as Administrator, etc., Respondent, *v.* THE CITY OF TROY, Appellant.

(Argued January 29, 1891; decided February 24, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made at the September term, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion to sustain the verdict and grant a new trial.

*William J. Roche* for appellant.

*Frank S. Black* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.